# United States Bankruptcy Court
# Eastern District of Michigan

**Greektown Holdings, LLC, et al.**

Case No.
Chapter 11

## CONSOLIDATED LIST OF CREDITORS HOLDING TOP 40 UNSECURED CLAIMS

| Name of Creditor and complete mailing address including zip code | Name of Creditor and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature Of Claim | Contingent Unliquidated Disputed or subject to setoff | Amount of Claim |
|---|---|---|---|---|
| Deutsche Bank Trust Company Americas - Tru<br>60 Wall Street, 27th Floor<br>Attn: Trust & Sec. Svcs Corp. Debt Team<br>New York, NY 10005 | Deutsche Bank Trust Company Americas - Tru<br>60 Wall Street, 27th Floor<br>Attn: Trust & Sec. Svcs Corp. Debt Team<br>New York, NY 10005 | | | 185,000,000.00 |
| LacVieux Desert Band of Lake Superior Chippewa Indians<br>23968 Choate Road<br>Watersmeet, MI 49969 | LacVieux Desert Band of Lake Superior Chippewa Indians<br>23968 Choate Road<br>Watersmeet, MI 49969 | | | 23,000,000.00 |
| Jim Pappas<br>1216 Beaubien<br>Detroit, MI 48226 | Jim Pappas<br>1216 Beaubien<br>Detroit, MI 48226 | | | 5,278,558.00 |
| Art Blackwell<br>1130 Boston Blvd.<br>Detroit, MI 48202 | Art Blackwell<br>1130 Boston Blvd.<br>Detroit, MI 48202 | | | 4,090,000.00 |
| Bates Associates, LLC<br>500 Griswold, 10th Floor<br>Detroit, MI 48226 | Bates Associates, LLC<br>500 Griswold, 10th Floor<br>Detroit, MI 48226 | | | 2,201,000.00 |
| International Game Technology<br>9295 Prototype Dr.<br>Reno, NV 89511 | International Game Technology<br>9295 Prototype Dr.<br>Reno, NV 89511 | | | 2,156,556.50 |
| Wachovia - Swap<br>210 S. College St., DC-6<br>8th Floor<br>Charlotte, NC 28288 | Wachovia - Swap<br>210 S. College St., DC-6<br>8th Floor<br>Charlotte, NC 28288 | | | 1,989,934.00 |
| Purchasing Management International, LP<br>4055 Valley View Lane #450<br>Dallas, TX 75244 | Purchasing Management International, LP<br>4055 Valley View Lane #450<br>Dallas, TX 75244 | | | 1,644,986.00 |
| Chris Jackson<br>19455 Cumberland Way<br>Detroit, MI 48203 | Chris Jackson<br>19455 Cumberland Way<br>Detroit, MI 48203 | | | 1,275,000.00 |
| Robert Smith<br>600 River Place #6628<br>Detroit, MI 48203 | Robert Smith<br>600 River Place #6628<br>Detroit, MI 48203 | | | 1,059,091.00 |
| Berline Group, The<br>70 E. Long Lake Rd.<br>Bloomfield Hills, MI 48304 | Berline Group, The<br>70 E. Long Lake Rd.<br>Bloomfield Hills, MI 48304 | | | 956,073.00 |
| Marvin Beatty<br>1220 West McNichols<br>Detroit, MI 48203 | Marvin Beatty<br>1220 West McNichols<br>Detroit, MI 48203 | | | 935,000.00 |

| Name of Creditor and complete mailing address including zip code | Name of Creditor and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature Of Claim | Contingent Unliquidated Disputed or subject to setoff | Amount of Claim |
|---|---|---|---|---|
| Sault Sainte Tribe of Chippewa Indians<br>523 Ashmun Street, 3rd Floor<br>Sault Ste. Marie, MI 49783 | Sault Sainte Tribe of Chippewa Indians<br>523 Ashmun Street, 3rd Floor<br>Sault Ste. Marie, MI 49783 | | | 870,387.92 |
| Harriss and Associates<br>4032 Harbor Vista<br>Orchard Lake, MI 48323 | Harriss and Associates<br>4032 Harbor Vista<br>Orchard Lake, MI 48323 | | | 794,318.00 |
| Bally Gaming<br>6601 S. Bermuda Rd.<br>Las Vegas, NV 89119 | Bally Gaming<br>6601 S. Bermuda Rd.<br>Las Vegas, NV 89119 | | | 568,357.08 |
| Victoria Loomis<br>19301 Burlington<br>Detroit, MI 48203 | Victoria Loomis<br>19301 Burlington<br>Detroit, MI 48203 | | | 529,545.00 |
| JC Douglass<br>18505 W. 8 Mile Rd., Ste. 202<br>Detroit, MI 48219 | JC Douglass<br>18505 W. 8 Mile Rd., Ste. 202<br>Detroit, MI 48219 | | | 529,545.00 |
| George Evans<br>2950 E. Jefferson<br>Detroit, MI 48219 | George Evans<br>2950 E. Jefferson<br>Detroit, MI 48219 | | | 529,545.00 |
| David Akins<br>527 Owen Ave.<br>Detroit, MI 48202-1816 | David Akins<br>527 Owen Ave.<br>Detroit, MI 48202-1816 | | | 529,545.00 |
| Cisco Systems, Inc.<br>170 West Tasman Drive<br>San Jose, CA 95134 | Cisco Systems, Inc.<br>170 West Tasman Drive<br>San Jose, CA 95134 | | | 469,797.57 |
| Premier Services Group, LLC<br>500 Griswold, Ste. 2851<br>Detroit, MI 48226 | Premier Services Group, LLC<br>500 Griswold, Ste. 2851<br>Detroit, MI 48226 | | | 403,013.31 |
| Hnedak Bobo Group<br>1004 South Front Street<br>Memphis, TN 38103 | Hnedak Bobo Group<br>1004 South Front Street<br>Memphis, TN 38103 | | | 386,220.70 |
| Wells Fargo - Swap<br>550 California St., 14th Floor<br>San Francisco, CA 94104 | Wells Fargo - Swap<br>550 California St., 14th Floor<br>San Francisco, CA 94104 | | | 381,094.00 |
| Barden Gaming<br>163 Madison Ave., Ste. 2000<br>Detroit, MI 48226 | Barden Gaming<br>163 Madison Ave., Ste. 2000<br>Detroit, MI 48226 | | | 380,000.00 |
| Ernst & Young<br>77 Woodward Ave.<br>Detroit, MI 48226 | Ernst & Young<br>77 Woodward Ave.<br>Detroit, MI 48226 | | | 370,471.00 |
| Fairway Packing, Inc.<br>1313 Erskine<br>Detroit, MI 48207 | Fairway Packing, Inc.<br>1313 Erskine<br>Detroit, MI 48207 | | | 323,668.31 |
| Hammes Company Sports Development, Inc.<br>5712 Odana Road<br>Madison, WI 53719 | Hammes Company Sports Development, Inc.<br>5712 Odana Road<br>Madison, WI 53719 | | | 312,605.99 |
| NRT Technology Corporation<br>10 Compass Court<br>Toronto, ON, Canada M1S 5R3 | NRT Technology Corporation<br>10 Compass Court<br>Toronto, ON, Canada M1S 5R3 | | | 299,791.30 |

| Name of Creditor and complete mailing address including zip code | Name of Creditor and complete mailing address including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature Of Claim | Contingent Unliquidated Disputed or subject to setoff | Amount of Claim |
|---|---|---|---|---|
| Security by Design, Inc.<br>743 Beaubien St., Suite 606<br>Detroit, MI 48226 | Security by Design, Inc.<br>743 Beaubien St., Suite 606<br>Detroit, MI 48226 | | | 280,920.37 |
| Alliance Health and Life<br>2850 W. Grand Blvd.<br>Detroit, MI 48202 | Alliance Health and Life<br>2850 W. Grand Blvd.<br>Detroit, MI 48202 | | | 254,716.01 |
| Agilysys NV, LLC<br>1858 Paysphere Circle<br>Chicago, IL 60674 | Agilysys NV, LLC<br>1858 Paysphere Circle<br>Chicago, IL 60674 | | | 210,610.00 |
| Tiffany's Building Services, Inc.<br>2439 Burdette<br>Ferndale, MI 48220 | Tiffany's Building Services, Inc.<br>2439 Burdette<br>Ferndale, MI 48220 | | | 153,049.60 |
| Bluewater Technologies Group, Inc.<br>24050 Northwestern Hwy.<br>Southfield, MI 48075 | Bluewater Technologies Group, Inc.<br>24050 Northwestern Hwy.<br>Southfield, MI 48075 | | | 137,649.96 |
| Jamaal Harriss<br>26240 Summerdale<br>Southfield, MI 48034 | Jamaal Harriss<br>26240 Summerdale<br>Southfield, MI 48034 | | | 132,386.00 |
| Renaissance Man Food Service, LLC<br>22 East Montgomery Crossroad<br>Savannah, GA 31406 | Renaissance Man Food Service, LLC<br>22 East Montgomery Crossroad<br>Savannah, GA 31406 | | | 112,064.30 |
| KMPG<br>150 West Jefferson, Ste. 1200<br>Detroit, MI 48226 | KMPG<br>150 West Jefferson, Ste. 1200<br>Detroit, MI 48226 | | | 98,398.55 |
| Global Payments<br>7201 West Lake Mead<br>Las Vegas, NV 89128 | Global Payments<br>7201 West Lake Mead<br>Las Vegas, NV 89128 | | | 91,690.26 |
| Delta Dental<br>1515 West 22nd Street, Ste. 450<br>Oak Brook, IL 60523 | Delta Dental<br>1515 West 22nd Street, Ste. 450<br>Oak Brook, IL 60523 | | | 89,377.79 |
| Card Solutions, Inc.<br>1260-L Rankin Rd.<br>Troy, MI 48083 | Card Solutions, Inc.<br>1260-L Rankin Rd.<br>Troy, MI 48083 | | | 89,377.00 |
| WMS Gaming, Inc.<br>800 South Northpoint Blvd.<br>Waukegan, IL 60085 | WMS Gaming, Inc.<br>800 South Northpoint Blvd.<br>Waukegan, IL 60085 | | | 87,597.03 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date __May 29, 2008__   Signature __/s/Clifford J. Vallier__
                                    Clifford J. Vallier
                                    CFO

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571