# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re: )
GREEKTOWN HOLDINGS, LLC, *et al*[1]., )
Debtors. )

Case No. 08-53104
Chapter 11
Jointly Administered

Honorable Walter Shapero

**NOTICE OF (I) APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS AND (II) PROCEDURES FOR OBTAINING ACCESS TO INFORMATION AND PROVIDING COMMENTS IN CHAPTER 11 BANKRUPTCY CASES**

On May 29, 2008, the debtors and debtors in possession (the "Debtors") in the above-captioned cases filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy for the Eastern District of Michigan (the "Bankruptcy Court").

On June 6, 2008, the Office of the United States Trustee appointed a Committee of Unsecured Creditors (the "Committee") in these chapter 11 cases. Pursuant to section 1102(b) of the Bankruptcy Code, the Committee is required to provide access to certain information and solicit and receive comments from unsecured creditors. Pursuant to Local Bankruptcy Rule 2003-4 of the Bankruptcy Court, the Committee is required to serve this Notice of Appointment of Committee on all creditors holding claims of the kind represented by the Committee. This Notice also provides procedures (i) for creditors and their attorneys to be placed on a separate service list, maintained by the Committee for those creditors who elect to receive information under section 1102(b)(3) of the Bankruptcy Code and (ii) for creditors to provide comments to the Committee.

NOW, THEREFORE, IN ACCORDANCE WITH THE FOREGOING, please be advised of the following:

Information regarding the bankruptcy cases of Greektown Holdings, LLC, *et al.*, may be found at the website of Kurtzman Carson Consultants, the Claims and Noticing Agent, at www.kccllc.com and/or the Bankruptcy Court's website at www.mieb.uscourts.gov. There is no charge or registration requirement to access the Kurtzman Carson website.

---

[1] The Debtors in these jointly administered cases include Greektown Holdings, L.L.C. ("Holdings"); Greektown Casino, L.L.C. ("Greektown Casino"); Kewadin Greektown Casino, L.L.C. ("Kewadin"); Monroe Partners, L.L.C. ("Monroe"); Greektown Holdings II, Inc. ("Holdings II"); Contract Builders Corporation ("Builders"); Realty Equity Company Inc. ("Realty")' and Trappers GC Partner, LLC ("Trappers").

Any unsecured creditor or attorney representing an unsecured creditor in these cases who wishes to be placed on a service list maintained by the Committee in accordance with section 1102(b)(3) of the Bankruptcy Code, please send your name, mailing address, and email address to Secret Washington via email at swashington@clarkhill.com, via facsimile at (313) 965-8252, or via regular mail c/o Clark Hill PLC, 500 Woodward Avenue, Suite 3500, Detroit, Michigan 48226. Please write "Greektown Service List" in the subject heading of the correspondence.

If you are an unsecured creditor and you would like to provide comments to the Committee, please contact Robert Gordon at (313) 965-8572 or rgordon@clarkhill.com; Joel Applebaum at (313) 965-8579 or japplebaum@clarkhill.com; or Shannon Deeby at (313) 965-8809 or sdeeby@clarkhill.com.

Respectfully submitted,

CLARK HILL PLC

By: /s/ Joel D. Applebaum
Joel D. Applebaum (P36774)
Robert A. Gordon (P48627)
500 Woodward Avenue, Suite 3500
Detroit, Michigan 48226-3435
(313) 965-8300
japplebaum@clarkhill.com
rgordon@clarkhill.com

Attorneys for the Official Committee of Unsecured Creditors

Date: July 8, 2008