# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                    )
                                          )
GREEKTOWN HOLDINGS, LLC, *et al.*[1],     )    Case No. 08-53104
                                          )    Chapter 11
        Debtors.                          )    Jointly Administered
                                          )
                                               Honorable Walter Shapero

**ORDER CONFIRMING THAT THE UNSECURED CREDITORS' COMMITTEE IS NOT REQUIRED TO PROVIDE ACCESS TO CONFIDENTIAL INFORMATION OF THE DEBTORS OR PRIVILEGED INFORMATION**

This matter having come before the Court on the Motion of the Official Committee of Unsecured Creditors (the "Committee"), pursuant to 11 U.S.C. §§ 105(a), 107(b) and 1102(b)(3)(A) for an Order *Nunc Pro Tunc* Confirming that the Committee is Not Authorized or Required to Provide Access to Confidential Information of the Debtors or Privileged Information (the "Motion")[2]; the Court having reviewed the Motion and being otherwise advised in the premises;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED *nunc pro tunc* to June 6, 2008.

2.      The Committee is not required to provide access to Confidential Information and/or Privileged Information.

---

[1] The Debtors in these jointly administered cases include Greektown Holdings, L.L.C. ("Holdings"); Greektown Casino, L.L.C. ("Greektown Casino"); Kewadin Greektown Casino, L.L.C. ("Kewadin"); Monroe Partners, L.L.C. ("Monroe"); Greektown Holdings II, Inc. ("Holdings II"); Contract Builders Corporation ("Builders"); Realty Equity Company Inc. ("Realty")' and Trappers GC Partner, LLC ("Trappers").

[2] Capitalized terms used but not defined in this Order have the meanings given to them in the Motion.

3. Nothing in this Order shall expand, restrict, affirm, or deny the right or obligation, if any, of the Committee to provide or not provide access to any information of the Debtors to any party except as explicitly provided herein.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.