UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| In re: | Case No. 08-53104 |
| GREEKTOWN HOLDINGS, L.L.C., et al.,[1] | In Proceedings Under Chapter 11 |
| Debtors. | Jointly Administered |
| _____ / | Honorable Walter Shapero |

## MOTION TO COMPEL PRODUCTION OF DOCUMENTS

The above-captioned Debtors and Merrill Lynch Capital Corporation, as Administrative Agent for the Prepetition Lenders and the DIP Lenders (the "Plan Proponents") for their Motion to Compel Production of Documents state as follows:

1. On October 16, 2009, the Official Committee of Unsecured Creditors in the above-captioned cases (the "Committee") submitted to the Plan Proponents the expert report of Jeffrey R. Truitt of XRoads Solutions Group, LLC (the "XRoads Expert Report"). XRoads Solutions Group, LLC ("XRoads") is the financial advisor for the Committee.

2. The XRoads Expert Report states that "based on my observations regarding the business plans prepared by CMD, and at the Committee's request, XRoads initiated the process of developing a detailed interactive financial model (the "XRoads Model") in order to develop and produce multi-year projections." Attached to the XRoads Expert Report, as a one page summary, at Exhibit 5 are the "Projections." No other detail is provided with respect to the Projections. As explained in the XRoads Expert Report, the Projections were developed using the XRoads Model.

---

[1] The Debtors' bankruptcy cases - Greektown Casino, L.L.C. Case No. 08-53106; Kewadin Greektown Casino, L.L.C., Case No. 08-53105; Monroe Partners, L.L.C. Case No. 08-53107; Greektown Holdings II, Inc., Case No. 08-53108; Contract Builders Corporation, Case No. 08-53110; Realty Equity Company Inc., Case No. 08-53112; and Trappers GC Partner, LLC, Case No. 08-53111 - are jointly administered with Greektown Holdings, L.L.C., Case No. 08-53104 (together the "Cases").

3. While Mr. Truitt's expert opinions are based on the XRoads Model, which generated the Projections, XRoads and the Committee have refused to provide the complete XRoads Model to the Plan Proponents. Without the complete XRoads Model, the Plan Proponents are unable to assess and evaluate the XRoads Expert Report and Mr. Truitt's expert opinions.

4. F.R.Civ.P 26(a)(2)(B)(ii) states that "a party must disclose to the other parties the identity of any witness it may use at trial to present evidence . . . accompanied by a written report [which] must contain . . . the data or other information considered by the witness in forming [his opinions] . . . ."

5. F.R.Civ.P 26(e)(2) states that "for an expert whose report must be disclosed under Rule 26(a)(2)(B), the parties' duty to supplement extends both to information included in the report and information given during the expert's deposition."

6. The Rules, therefore, are clear that expert has the initial duty to provide "the data or other information considered by the witness in forming [his opinions] . . . ." and, if an expert report contains incomplete information, such expert has a duty to supplement the report with such complete information.

7. At Exhibit 6 of the XRoads Expert Report, at p. 17 (see p. 30 of XRoads Expert Report), Mr. Truitt discloses that of the various documents and information reviewed in preparation of his expert report, he reviewed "various iterations of the Business Plan prepared by Conway Mackenzie, Inc. ("CMD")." In fact, CMD, the Debtors' financial advisor, has been providing such iterations of the Business Plan to XRoads since the commencement of these cases in May of 2008. CMD has in fact provided *complete* iterations of the Business Plan, meaning in

spreadsheet format that reveals the links between certain tabs of the spreadsheet that facilitate the projection modeling in the spreadsheets.

8. XRoads, on the other hand, at the advice of its counsel, and in violation of F.R.Civ.P. 26(a) and (e), has refused to provide a "linked" version of the XRoads Model. Without the complete XRoads Model, the Plan Proponents are unable to assess and evaluate the XRoads Expert Report. See Exhibit A, email string beginning with request from CMD professional to XRoads professional requesting "in electronic format the detailed analysis that support the exhibits in the Expert Report of Jeffrey Truitt" and ending with XRoads refusal to provide same, stating "Per Counsel's advice, we cannot discuss the model with you, as that is what Jeff's deposition is for."

9. The Committee and XRoads, notwithstanding the Rules, have refused to provide the complete XRoads Model, incorrectly taking the position that the Plan Proponents' only opportunity to understand Mr. Truitt's report is at Mr. Truitt's deposition.

10. The Committee and XRoads should be immediately required to turn over the XRoads Model in the format requested by CMD as required by F.R.Civ.P 26(a)(2)(B)(ii) and 26(e)(2).

11. The Plan Proponents hereby also put the Committee as well as Deutsche Bank and MFC Global Investment (U.S.), LLC on notice that the Plan Proponents reserve their rights and intend to depose such professionals of XRoads as may be necessary to gain a complete disclosure of the XRoads Expert Report, including Adam Marrow, Joe Rosen and Suman Ganguli.

WHEREFORE, Plan Proponents respectfully request that the Court grant their Motion and the relief requested herein.

Respectfully submitted,

SCHAFER AND WEINER, PLLC

By: /s/ Brendan G. Best
    DANIEL J. WEINER (P32010)
    MICHAEL R. WERNETTE (P55659)
    BRENDAN G. BEST (P66370)
    KENNETH R. BEAMS (P66248)
    Attorneys for Debtors
    40950 Woodward Ave., Ste. 100
    Bloomfield Hills, MI 48304
    (248) 540-3340

Dated: October 21, 2009    bbest@schaferandweiner.com

and

MAYER BROWN LLP

By: /s/ J. Robert Stoll
    J. ROBERT STOLL
    JAMES E. TANCULA
    HUGH R. McCOMBS
    Attorneys for Merrill Lynch Capital
    Corporation, as Administrative Agent for the
    Pre-petition Lenders and the DIP Lenders
    1675 Broadway
    New York, NY 10019-5820
    (212) 506-2500

Dated: October 21, 2009    jstoll@mayerbrown.com

{00231332}
4
08-53104-mlo    Doc 1741    Filed 10/21/09    Entered 10/21/09 14:33:39    Page 4 of 8

```
-----Original Message-----
From: Adam J. Marrow [mailto:amarrow@XROADSLLC.COM]
Sent: Tuesday, October 20, 2009 7:12 PM
To: Matthew J. Davidson
Subject: RE: Information Request
```

Per Counsel's advice, we cannot discuss the model with you, as that is what Jeff's deposition is for.

AJM

```
-----Original Message-----
From: Matthew J. Davidson <MDavidson@c-m-d.com>
Sent: Tuesday, October 20, 2009 11:58 AM
To: Jeffrey Truitt <jtruitt@XROADSLLC.COM>
Cc: Joe Rosen <jrosen@XROADSLLC.COM>; Adam J. Marrow
<amarrow@XROADSLLC.COM>
Subject: RE: Information Request
```

Thank you.


Matthew J. Davidson

Conway MacKenzie

MDavidson@c-m-d.com <mailto:cmoore@c-m-d.com>

From: Jeffrey Truitt [mailto:jtruitt@XROADSLLC.COM]
Sent: Tuesday, October 20, 2009 11:57 AM
To: Matthew J. Davidson
Cc: Joe Rosen; Adam J. Marrow
Subject: RE: Information Request

Matt,

We'll forward the requested information today.

Jeff

From: Matthew J. Davidson [mailto:MDavidson@c-m-d.com]
Sent: Sunday, October 18, 2009 5:47 PM
To: Jeffrey Truitt
Cc: Alex A. Calderone; Charles M. Moore; Adam J. Marrow; Joe Rosen; japplebaum@clarkhill.com; lwatson@clarkhill.com; Deeby, Shannon L.; Michael Wernette
Subject: RE: Information Request

Joel,

Please see my request below regarding documents relating to the Truitt Expert Report. Additionally, I would like to also advise you in advance that CM&D is requesting a call with Xroads early this week (Tuesday or Wednesday) to review the aforementioned documents. Over the case history CM&D has been very accessible and accommodating to all request from Xroads, particularly over the past two weeks were they have had a variety of questions related to the Business and Business Model, we will expect the same professional courtesy. Thank you in advance for your attention to this matter and your prompt response.

Regards,

Matthew J. Davidson

Conway MacKenzie

2

MDavidson@c-m-d.com <mailto:cmoore@c-m-d.com>

From: Jeffrey Truitt [mailto:jtruitt@XROADSLLC.COM]
Sent: Sunday, October 18, 2009 8:19 PM
To: Matthew J. Davidson
Cc: Alex A. Calderone; Charles M. Moore; Adam J. Marrow; Joe Rosen; japplebaum@clarkhill.com; lwatson@clarkhill.com; Deeby, Shannon L.
Subject: RE: Information Request

Matt,

Clark Hill has advised XRoads that all such requests should be directed to their attention. Accordingly, please redirect requests to Joel Applebaum, Shannon Deeby and Linda Watson at Clark Hill as soon as practicable.

Thanks,

Jeff

From: Matthew J. Davidson [mailto:MDavidson@c-m-d.com]
Sent: Sunday, October 18, 2009 11:56 AM
To: Adam J. Marrow
Cc: Jeffrey Truitt; Alex A. Calderone; Charles M. Moore
Subject: Information Request
Importance: High

Adam,

Can you provide in electronic format the detailed analysis that support the exhibits in the Expert Report of Jeffrey Truitt? It would be appreciated if you could deliver the analysis in the same format as we delivered the Greektown Business Plan i.e. Audit Format P&L is linked and the rest of the schedules hard coded. Also, due to the tight time schedule between depositions and confirmation hearing your immediate attention to this request is greatly appreciated.

Regards,

3

Matthew J. Davidson

Conway MacKenzie

401 S. Old Woodward Ave.

Suite 340

Birmingham, MI 48009

(248) 433-3100

(248) 433-3143 fax

MDavidson@c-m-d.com <mailto:cmoore@c-m-d.com>

This email message and any attached documents may contain information that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. Any review, reliance, use or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient of this transmission, please notify the sender immediately and delete all copies of this transmission.

This email message and any attached documents may contain information that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. Any review, reliance, use or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient of this transmission, please notify the sender immediately and delete all copies of this transmission.

This email message and any attached documents may contain information that is confidential and/or privileged. The information is intended to be for the use of the individual or entity named above. Any review, reliance, use or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient of this transmission, please notify the sender immediately and delete all copies of this transmission.