**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| In re: ) | |
| ) | |
| GREEKTOWN HOLDINGS, LLC, *et al*[1]. ) | Case No. 08-53104 |
| ) | Chapter 11 |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | Honorable Walter Shapero |

**ORDER GRANTING FIFTH INTERIM APPLICATION OF XROADS SOLUTIONS GROUP, LLC FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISORS TO THE OFFICAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM JUNE 1, 2009 THROUGH AUGUST 31, 2009**

This matter having come before the Court upon the *Fifth Interim Application of XRoads Solutions Group, LLC for Allowance and Payment of Fees and Reimbursement of Expenses Incurred as Financial Advisor to the Official Committee of Unsecured Creditors for the Period from June 1, 2009 through August 31, 2009* (the "Fifth Application"), filed by XRoads Solutions Group, LLC ("XRoads"), financial advisors to the Official Committee of Unsecured Creditors (the "Committee") of Greektown Holdings, LLC and certain of its affiliated entities in the above–captioned bankruptcy cases (collectively the "Debtors"[1]); the Court having reviewed the Fifth Application, and the Court finding that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C § 157 (b)(2), and (iii) notice of the filing of the Fifth Application being adequate and appropriate under the circumstances and in compliance with applicable Federal Rules of Bankruptcy Procedure and the Local Rules of this Court; and the

---

[1] The Debtors in these jointly administered cases include Greektown Holdings, LLC. ("Holdings"); Greektown Casino, LLC. ("Greektown Casino"); Kewadin Greektown Casino, LLC. ("Kewadin"); Monroe Partners, LLC. ("Monroe"); Greektown Holdings II, Inc. ("Holdings II"); Contract Builders Corporation ("Builders"); Realty Equity Company Inc. ("Realty") and Trappers GC Partner, LLC ("Trappers").

Court having being fully advised in the premises and having determined that the legal and factual bases set forth in the Fifth Application establish cause for the relief granted herein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

    1.    The Fifth Application is GRANTED.

    2.    The Court hereby approves and allows, on an interim basis, compensation to XRoads for its actual, reasonable, and necessary services rendered as financial advisors to the Committee for the period from June 1, 2009 through and including August 31, 2009 in the amount of $474,108.50 and reimbursement for actual and necessary expenses incurred by XRoads in connection with the aforesaid services in the amount of $2,205.64.

    3.    The Debtors are hereby authorized to remit the balance of any unpaid fees and expenses awarded pursuant to this Order to XRoads, including, but not limited to, any holdback reserved pursuant to the *Order Pursuant to Sections 331 and 105(a) of the Bankruptcy Code, Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and Local Rule 2016-3 Establishing Procedures for Interim Monthly Compensation and Reimbursement of Expenses for Professionals* ( the "Interim Compensation Order").

**IT IS SO ORDERED.**

Dated: _____, 2009        _____
                                    The Honorable Walter Shapero
                                    UNITED STATES BANKRUPTCY JUDGE

```
Signed on December 11, 2009
                ____ __/s/ Walter Shapero_     ___
                    Walter Shapero
                    United States Bankruptcy Judge
```